IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| KELLY STONE, | § | |
| | § | No. 332, 2024 |
| Respondent Below, | § | |
| Appellants, | § | Court Below—Family Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | File Nos: 23-11-4TK, 23-11-5TK |
| DEPARTMENT OF SERVICES | § | Petition Nos: 23-24172, 23-24188 |
| FOR CHILDREN, YOUTH AND | § | |
| THEIR FAMILIES, | § | |
| | § | |
| Petitioner Below, | § | |
| Appellee. | § | |

Submitted: March 12, 2025
Decided: March 19, 2025

Before **SEITZ**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## **ORDER**

This 19th day of March, 2025, after consideration of the parties' briefs and the record on appeal, it appears to the Court that the judgment of the Family Court should be affirmed on the basis of and for the reasons stated in its July 16, 2024 Order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court be AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice